

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00301-CV

DEANA A. POLLARD SACKS, Appellant

V.

THOMAS F. HALL AND THOMAS F. HALL, D.D.S., M.S. P.A., Appellees

Appeal from the County Civil Court at Law No. 3 of Harris County.  (Tr. Ct. No. 919405).

This case is an appeal from the final judgment signed by the trial court on January 13, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment that awarded attorney's fees to appellees.  Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to delete the attorney's fees awarded to appellees.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment.  Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that the appellants, Deana Pollard Sacks, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 27, 2015.

Panel consists of Justices Keyes, Bland, and Massengale.  Opinion delivered by Justice Keyes.  Justice Massengale, concurring.